**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

Date: 3/24/25

FILED
U.S. District Court
District of Kansas

3/24/2025

Clerk, U.S. District Court
By AA Deputy Clerk

United States of America,

    Plaintiff,

v.

James Wilkinson,

    Defendant.

Case No. 25-10016-03-EFM

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Lanny Welch
DEFENSE COUNSEL: David Rapp
TAPE NO.: 3:02-3:29

**PROCEEDINGS**

☐ Initial Appearance    ☒ Detention Hearing    ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)    ☐ Preliminary Hearing    ☐ Pretrial Conference
☐ Sentencing    ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment (2 min)    ☒ Reading waived    ☐ Read to Defendant    ☒ Not Guilty Plea Entered

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 2 ☒ Forfeiture
☒ Felony ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☒ Oral Motion by Government for pretrial detention is ☐ granted. ☒ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☒ Release ordered    ☐ Bond fixed at: $ _____    ☐ Continued on present bond/conditions
☐ Detention ordered    ☐ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
    ☒ per the Scheduling Order of Judge Melgren
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____